UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JOHN BAZEMORE, | No. 2:14-cv-2974 AC P |
| Petitioner, | |
| v. | ORDER |
| RAFAEL ZUNIGA, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with a request to proceed in forma pauperis.

The application attacks a conviction issued by the Northern District of Texas. While both this court and the United States District Court in the district where petitioner was convicted have jurisdiction, 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 494-500 & 499 n.15 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are likely to be more readily available in the Northern District of Texas. See Braden, 410 U.S. at 493-94.

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

////

////

1

1       2. This matter is TRANSFERRED to the United States District Court for the Northern

2   District of Texas, Dallas Division.

3   DATED: January 16, 2015

4                                        ALLISON CLAIRE

5                                        UNITED STATES MAGISTRATE JUDGE